No. 141. SUNSHINE PACKING CORP. *v.* PORTER, PRICE ADMINISTRATOR, NOW UNITED STATES. C. A. 3d Cir. Certiorari denied. *S. Y. Rossiter* for petitioner. *Acting*

*Solicitor General Raum, Assistant Attorney General Mc-Inerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for respondent. ■

